UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Ruthann Cohen-Aikens,

                Plaintiff,

        -against-

Andrew M. Saul, Commissioner of Social
Security,

                Defendant.
-------------------------------------------------------------X

19 CIVIL 4443 (SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 13, 2020, Plaintiff's motion for judgment on the pleadings is GRANTED IN PART and DENIED IN PART, the Commissioner's cross-motion is DENIED, and the case is remanded to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: New York, New York
         June 15, 2020

                                                       **RUBY J. KRAJICK**
                                                       **Clerk of Court**
                          **BY:**
                                                          **Deputy Clerk**